ALONZO D. COLE, Appellant, v. PHILLIPS H. LORD, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 946.]

AMERICAN SCOTTI CORPORATION et al., Appellants, v. HENRY POLLAK, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 954.]

In the Matter of FELIX McKEEVER, Petitioner, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES McDONAGH et al., Defendants, and GINO PRATO, Defendant-Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted. The Magistrate did not have jurisdiction to try the defendant. (*People* v. *Geltman,* 267 App. Div. 83.) Moreover, the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RICHARD M. DECKER et al., Respondents, v. CHARLES SOLOMON, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM LANGER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SARA W. JACKSON, Appellant, v. WESTCHESTER AUTO CREDIT CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents in the following memorandum: This was not a sale on credit but a sale of credit. The consideration charged for the credit extended was excessive under sections 352, 357 and 358 of the Banking Law, and therefore the conditional sales agreement was void. Accordingly, I dissent and vote to reverse and grant judgment for plaintiff.

BARUCH MITRANI, Respondent, v. FANNY MITRANI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GLORANNE PROPERTIES, INC., Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 983.]

MAX H. RANDOLPH, Respondent, v. JACQUES MAKOWSKY et al., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.